FILED
IN CLERKS OFFICE

2018 JUL 18 AM 9:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>MARLENE BORER,<br><br>        Defendant. | Crim. No. 18-300__29__-MGM<br><br>VIOLATIONS:<br><br>Title 18, United States Code, Section 371 – Conspiracy (Count 1)<br><br>Title 18, United States Code, Sections 1014 and 2 – False Statement To Financial Institution (Count 2)<br><br>Title 18, United States Code, Section 982 – Forfeiture Allegations |

## INFORMATION

The United States Attorney charges:

**COUNT ONE:** 18 U.S.C. § 371 – Conspiracy

    1.    Between on or about March 1, 2012 and on or about October 31, 2012, in the District of Massachusetts and elsewhere,

**MARLENE BORER,**

defendant herein, did knowingly and willfully conspire and agree with others known to the United States Attorney to commit the following offense against the United States: to knowingly make a false statement for the purpose of influencing in any way the action of Wells Fargo Bank, NA ("WFB"), an institution the accounts of which were then insured by the Federal Deposit Insurance Corporation, upon a loan and change and extension of the same, by renewal, deferment of action

1

and otherwise, and the acceptance, release, and substitution of security therefor, in violation of Title 18, United States Code, Section 1014.

## Object Of The Conspiracy

2. The object of the conspiracy was to conceal assets of approximately $486,000 belonging to two debtors of WFB ("Borrower 1" and "Borrower 2"), so that Borrower 1 and Borrower 2 could negotiate the settlement of their approximately $1.32 million loan debt to WFB without disclosing or providing these assets to WFB.

## The Manner And Means Of The Conspiracy

3. The manner and means by which the conspirators accomplished and attempted to accomplish the object of the conspiracy, included, but were not limited to, the following:

    a. Placing the assets of Borrower 1 and Borrower 2 into a bank account in the name of defendant MARLENE BORER;

    b. Creating a false personal financial statement for WFB that omitted the assets of Borrower 1 and Borrower 2; and

    c. Distributing the assets of Borrower 1 and 2 for purposes other than to settle their debt to WFB.

4. In furtherance of the conspiracy and to effect the objects thereof, at least one of the conspirators committed at least one of the following overt acts, among others, in the District of Massachusetts and elsewhere:

    a. On or about March 21, 2012, Borrower 1 and Borrower 2 arranged for approximately $1.1 million to be wired from Honduras to the Greenfield Savings

Bank ("GSB") checking account belonging to defendant MARLENE BORER.

b.      On or about March 23, 2012, Borrower 1 sent an e-mail to defendant MARLENE BORER entitled "funds." In pertinent part, Borrower 1 stated: "Please keep bulk of funds for [Borrower 2] and I in your account as Wells Fargo might be conducting an asset search on us to try and recover on the judgments. Just transfer what is needed to pay bills as they arrive."

c.      On or about May 24, 2012, defendant MARLENE BORER prepared a personal financial statement for Borrower 1 and Borrower 2 that falsely omitted approximately $293,375 of the Honduran funds that belonged to Borrower 1 and Borrower 2 (the "PFS").

d.      On or about October 31, 2012, based in part upon the PFS, Borrower 1 and Borrower 2 executed a Settlement Agreement with WFB, in which WFB agreed to forgive their personal obligations to pay the loan debt in exchange for a payment of only $50,000.

All in violation of Title 18, United States Code, Section 371.

**COUNT TWO:** **18 U.S.C. §§ 1014 AND 2 – False Statement To Financial Institution and Aiding and Abetting**

5. The factual allegations contained in paragraphs 2 through 4 are re-alleged and incorporated herein.

6. On or about May 24, 2012, in the District of Massachusetts and elsewhere,

**MARLENE BORER,**

defendant herein, did knowingly make and cause to be made a false statement for the purpose of influencing in any way the action of Wells Fargo Bank, NA ("WFB"), an institution the accounts of which were then insured by the Federal Deposit Insurance Corporation, upon a loan and change and extension of the same, by renewal, deferment of action and otherwise, and the acceptance, release, and substitution of security therefor, to wit, a personal financial statement for Borrower 1 and Borrower 2 that falsely omitted approximately $293,375 that belonged to Borrower 1 and Borrower 2.

All in violation of Title 18, United States Code, Sections 1014 and 2.

## FORFEITURE ALLEGATION

## (18 U.S.C. § 982(a)(2))

The United States Attorney further alleges that:

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Information, the defendant,

**MARLENE BORER,**

defendant herein, shall forfeit to the United States of America pursuant to 18 U.S.C. § 982(a)(2)(A), all property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violations.

2. If any of the property described in Paragraph 1 above as a result of any act or omission of the defendant –

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred to, sold to, or deposited with a third party;

   c. has been placed beyond the jurisdiction of this Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to 18 U.S.C. § 982(b)(1), incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 982(a)(2).

ANDREW E. LELLING
United States Attorney

By:    /s/ Steven H. Breslow
STEVEN H. BRESLOW
Assistant U.S. Attorney

Dated: July 16, 2018